**Donald Leroy DAVIS, Appellant**

v.

**State of GEORGIA, Appellee.**

No. 11–7023.

United States Court of Appeals, District of Columbia Circuit.

Aug. 3, 2011.

Rehearing En Banc Denied Oct. 13, 2011.

Donald Leroy Davis, Davisboro, GA, pro se.

BEFORE: SENTELLE, Chief Judge, and GARLAND and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement thereto filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). Upon consideration of the foregoing and the motion for appointment of counsel, it is

**ORDERED** that the motion for appointment of counsel be denied. In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated any likelihood of success on the merits. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed March 7, 2011, dismissing the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), be affirmed. Appellant's damages claim is barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), because a judgment on his claim would necessarily imply the invalidity of his sentence, which has not been invalidated in a prior proceeding.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.